UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

                                              Case No.  5:21-cv-02282-JLS

GRANITE PROPERTIES,
a Pennsylvania Limited Partnership,
and HORST HOTELS CO.,
a Pennsylvania Corporation,

       Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL
*(onlyas to Defendant Granite Properties, a Pennsylvania Limited Partnership)*

      COME NOW the Plaintiffs, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal only as to Defendant GRANITE PROPERTIES, a Pennsylvania Limited Partnership,, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

      Nothing herein shall affect the lawsuit against Defendant HORST HOTELS CO., a Pennsylvania Corporation.

                                        Respectfully submitted,

Dated:  August 30, 2021

                                        */s/ Lawrence A. Fuller*
                                        Lawrence A. Fuller, Esq., pro hac vice
                                        Fuller, Fuller & Associates, P.A.
                                        12000 Biscayne Boulevard, Suite 502
                                        North Miami, FL  33181
                                        Telephone:  305.891.5199
                                        Facsimile:   305.893.9505
                                        lfuller@fullerfuller.com
                                        and

>David S. Dessen, Esq. (I.D. 17627)
>Dessen, Moses & Rossitto
>600 Easton Road
>Willow Grove, PA 19090
>Telephone: 215.496.2902
>Facsimile: 215.658.0747
>ddessen@dms-lawyer.com
>
>*Attorneys for Plaintiff Helen Swartz*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August, 2021, the foregoing document was sent via U.S. Mail and electronic mail to counsel for Defendants:

| | |
|---|---|
| Richard L. Hackman, Esq.<br>Saxton & Stump<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601<br>rlh@saxtonstump.com | Stephen J. Fleury, Jr., Esq.<br>Saxton & Stump<br>100 Deerfield Lane, Suite 240<br>Malvern, PA 19335<br>sjf@saxtonstump.com |

>*/s/ Lawrence A. Fuller*
>Lawrence A. Fuller, Esq., pro hac vice
>Fuller, Fuller & Associates, P.A.
>12000 Biscayne Boulevard, Suite 502
>North Miami, FL 33181
>Telephone: 305.891.5199
>Facsimile: 305.893.9505
>lfuller@fullerfuller.com
>
>*Co-Counsel for Plaintiff*